UNITED STATES District COURT OF lOUISIANA

| | |
|---|---|
| Thomas L.d'AQUIN<br><br>     Plaintiff,<br><br>vs.<br><br>PENSKE TRUCK LEASING CO., L.P.,<br><br>     Defendant | Case No.: 2:18-CV-03090-NJB-KWR<br><br>JUDGE:BROWN<br><br>MAG.JUDGE : ROBY<br><br>PLEADING TITLE |

<u>O R D E R</u>

Considering the foregoing Plaintiff's Motion for Leave to File Amended Complaint

IT IS ORDERED that Plaintiffs Motion For Leave to File Amendment is hereby GRANTED.

          New Orleans, Louisiana, this _____ day of _____, 2018.

                         HONORABLE JUDGE/MAGISTRATE
                         UNITED STATES EASTERN DISTRICT