UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS L. D'AQUIN | CIVIL ACTION |
| VERSUS | NO. 18-3090 |
| PENSKE TRUCK LEASING COMPANY, L.P. ET AL. | SECTION "R" (4) |

## JUDGMENT

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff's complaint is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __20th__ day of November, 2018.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE